IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRED M. STURDEVANT, <br><br> Plaintiff, <br><br> vs. <br><br> CUPERTINO ELECTRIC, INC., <br><br> Defendant. | CASE NO. 4:15-cv-00029-JEG-HCA <br><br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff Fred M. Sturdevant and Defendant Cupertino Electric, Inc., by and through respective counsel of record, and hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice, with each party to bear its own costs.

Date: July 10, 2015

Respectfully submitted,

*/s/ Katie Ervin Carlson*_____
Thomas W. Foley                   AT0002589
Katie Ervin Carlson               AT0008958
Babich Goldman, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
Telephone: (515) 244-4300
Facsimile: (515) 244-2650
Email:  tfoley@babichgoldman.com
Email:  kcarlson@babichgoldman.com

ATTORNEYS FOR PLAINTIFF

>
> */s/ George R. Wood*_____
> George R. Wood
> William E. Parker
> Little Mendelson, P.C.
> 1300 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402-2136
> Telephone:  (612) 630-1000
> Email:  gwood@littler.com
> Email:  wparker@littler.com
>
> ATTORNEYS FOR DEFENDANT

Original filed.

---

**CERTIFICATE OF SERVICE**
   The undersigned certifies that the foregoing instrument was served upon all parties to the above cause or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on **July 10, 2015**.

By:   ____ U.S. Mail           ____ FAX
      ____ Hand Delivered      ____ Overnight Courier
       **xx**  EDMS             ____ Email

Signature:____*/s/ Tammy Newell*_____